# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| JERRY L. BINGHAM III,<br><br>               Plaintiff,<br><br>vs.<br><br>C. R. BARD INC. AND BARD PERIPHERAL VASCULAR INC.,<br><br>               Defendants. | Civil Action No.:<br>3:19-cv-00562-KDB-DSC |

## ORDER GRANTING JOINT MOTION FOR STAY AND TO EXTEND DEADLINES

Before the Court is the parties' Stipulation and Joint Motion for Stay and to Extend Deadlines filed on May 13, 2020. Having considered the Motion, and good cause having been shown, the Court finds that it should be and is hereby GRANTED.

It is therefore ORDERED that a stay be entered in this case through June 26, 2020. After the stay is lifted deadlines will be extended as follows:

| Activity | Previous deadline | Extended deadline |
|---|---|---|
| Complete fact discovery | 9-21-20 | 11-20-20 |
| Plaintiff's Rule 26(a)(2) expert reports due | 10-19-20 | 12-18-20 |
| Defendants' Rule 26(a)(2) expert reports due | 11-16-20 | 1-15-21 |
| Complete depositions of Plaintiff's experts | 1-18-21 | 3-19-21 |
| Complete depositions of Defendants' experts | 2-15-21 | 4-16-21 |

| | | |
|---|---|---|
| Mediation deadline | 2-26-21 | 4-27-21 |
| Deadline for all motions except motions in *limine* and motions to continue | 3-26-21 | 5-25-21 |
| Trial term | 7-26-21 | 9-27-21 |

**SO ORDERED**.

Signed: May 13, 2020

David S. Cayer
United States Magistrate Judge